JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTICOM ENTERTAINMENT GROUP, INC., a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>FILM CHEST MEDIA GROUP, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 15-9842-GW(GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In light of the settlement agreement between the parties, and pursuant to the agreement of those parties, it is hereby

ORDERED that Plaintiff's claims against Defendants be, and hereby are, dismissed with prejudice;

ORDERED that each party shall bear its own attorney's fees and costs.

Dated: August 24, 2016           _____
                                 Hon. George H. Wu
                                 United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
*